[No. 18959-7-III.  Division Three.  September 21, 2000.]

*In the Matter of the Personal Restraint of* MICHAEL DEAN TAYLOR, *Petitioner*

Petition for relief from personal restraint. Petition *granted*, sentence *vacated* and case *remanded* by unpublished opinion per Kato, J., concurred in by Sweeney and Schultheis, JJ.

[No. 45945-7-I.  Division One.  September 25, 2000.]

*In the Matter of the Marriage of* PALOMA PATTIS, *Respondent*, and JOHN K. DRESBACK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-3-04774-5, Palmer Robinson, J., entered January 7, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 18810-8-III.  Division Three.  September 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DAVID ELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, 98-1-01950-7, James M. Murphy, J., entered September 21, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 18549-4-III.  Division Three.  September 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MARGARITO LOUIE RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 99-1-00029-6, Evan E. Sperline, J., entered June 1, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Sweeney, J.